IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gutierrez, Tomas E

Printed: 2/12/08

Case Number: 06 B 01179
Judge: Squires, John H
Filed: 2/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 2, 2008
Confirmed: May 10, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,583.50 |  |
| Secured: |  | 1,125.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,727.61 |
| Administrative: |  | 1,445.00 |
| Trustee Fee: |  | 285.89 |
| Other Funds: |  | 0.00 |
| Totals: | 5,583.50 | 5,583.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 1,445.00 | 1,445.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 1,370.12 | 1,125.00 |
| 4. | Internal Revenue Service | Priority | 3,898.90 | 2,727.61 |
| 5. | RoundUp Funding LLC | Unsecured | 1,018.76 | 0.00 |
| 6. | American Express | Unsecured | 3,243.02 | 0.00 |
| 7. | Capital One | Unsecured | 6,723.93 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 2,718.95 | 0.00 |
| 9. | Verizon Wireless | Unsecured | 585.22 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 304.92 | 0.00 |
| 11. | Elvira Likas | Priority |  | No Claim Filed |
| 12. | US Cellular | Unsecured |  | No Claim Filed |
| 13. | Sports Illustrated | Unsecured |  | No Claim Filed |
| 14. | Jewel Osco | Unsecured |  | No Claim Filed |
| 15. | Dominicks | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,308.82 | $ 5,297.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 65.09 |
| 5% | 60.00 |
| 4.8% | 96.00 |
| 5.4% | 64.80 |
|  | _____ |
|  | $ 285.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gutierrez, Tomas E | Case Number:  06 B 01179 |
| | Judge:  Squires, John H |
| Printed:  2/12/08 | Filed:  2/10/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

